# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

LORI WISENBAKER,

    Plaintiff,

    v.                                       CV 523—110

MERCHANTS ADJUSTMENT SERVICE,
INC.,

    Defendant.

## ORDER

Plaintiff informed the Court that she and Defendant had reached a settlement of the claims in this action on April 19, 2024.  Dkt. No. 4.  To date, no dismissal has been filed.  The Parties are **ORDERED** to file either a dismissal or a status report informing the Court of the settlement progress within **fourteen days** of the date of this Order.  Failure to do so will result in this case being dismissed without prejudice.

**SO ORDERED**, this *20* day of June, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA